JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel:   (702) 430-6896
Fax:   (702) 369-1290
jgronich@gronichlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MYLES ACKERS, an individual;<br><br>          Plaintiff,<br>vs.<br><br>JONES FIBER PRODUCTS, INC.; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>          Defendants. | Case No.  2:14-cv-01913-JAD-NJK<br><br>**STIPULATION AND ORDER TO CHANGE DATE OF EARLY NEUTRAL EVALUATION** |

Myles Ackers ("Plaintiff" or "Ackers"), by and through his attorney Jeffrey Gronich, Esq. of Jeffrey Gronich, Attorney at Law, P.C., and Jones Fiber Products, Inc. ("Defendant" or "Jones Fiber"), by and through its attorney Scott M. Mahoney, Esq. of Fisher & Phillips, LLP, stipulate as follows:

1.  This matter was originally scheduled for an Early Neutral Evaluation ("ENE") on December 29, 2014. *See* Dkt. #10.

2.  On December 16, 2014, Plaintiff was diagnosed with a serious medical condition, which will prohibit him from attending the ENE on the current scheduled date.

3.  Counsel for both parties have met and conferred and agreed to vacate and continue the ENE to a date not less than six weeks from the current date to a date convenient with the Court's schedule (approximately February, 2014).

Dated: December 17, 2014

Respectfully submitted,

By: /s/ Jeffrey Gronich
Jeffrey Gronich, Esq.
Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave, Suite 109
Las Vegas, NV 89104
*Attorney for Plaintiff*

Dated: December 17, 2014

Respectfully submitted,

By: /s/ Scott Mahoney
Scott Mahoney, Esq.
Fisher & Phillips LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, NV 89169
*Attorney for Defendant*

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the Early Neutral Evaluation in the above-referenced case shall be changed to occur on February 19, 2015, at 1:30 p.m. ENE statements shall be due to chambers no later than 4:00 p.m., February 12, 2015.

Dated this 19th day of December, 2014

_____
UNITED STATES MAGISTRATE JUDGE