UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MYLES ACKERS,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>JONES FIBER PRODUCTS, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:14-cv-01913-JAD-NJK<br><br>ORDER<br><br>(Mot Waive Attendance at ENE – Dkt. #16) |

Before the court is Defendant's Motion for ENE Attendance Waiver (Dkt. #16). Defendant requests an order excusing the physical attendance at the ENE of Richard Ayers, the CEO and CFO of Defendant, who is located in Tennessee. Defendant asserts that Mr. Ayers' attendance will require two days of travel, possibly in inclement weather and unnecessary because a settlement position will be formulated before the ENE. Plant Manager Richard Kimble who is familiar with the facts of this matter will be present for the ENE, and Mr. Ayers will be available by telephone during the ENE.

For good cause shown,

**IT IS ORDERED** that Defendant's Motion for ENE Attendance Waiver (Dkt. #16) is **GRANTED**. Mr. Ayers is excused from physically attending the ENE scheduled for February 19, 2015; however, Mr. Ayers shall be available telephonically for the duration of the ENE conference notwithstanding the 3 hour time difference.

DATED this 12th day of January, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE